## Case No. 13,904.

### THOMAS v. MAGRUDER.

[4 Cranch, C. C. 446.] [1]

Circuit Court, District of Columbia.    March Term, 1834.

EVIDENCE—DEED OF EMANCIPATION—RECORD COPY.

A record copy of a deed of emancipation may be given in evidence by the petitioner, upon trial of a petition for freedom, without producing the original or accounting for its non-production.

[See Bank of U. S. v. Benning, Case No. 908.]

Petition for freedom [by Robert Thomas, a negro, against Elizabeth Magruder].

On the trial, Mr. Key, for petitioner, offered in evidence the record of the deed of manumission from Reginald Magruder, recorded in the office of the clerk of this court.

Z. C. Lee objected and called for the original, and proof by the subscribing witnesses.

THE COURT (MORSELL, Circuit Judge, absent) refused to require Mr. Key to produce the original, and permitted him to use the copy on the record; it having been acknowledged and recorded according to Act Md. 1796, c. 67, §§ 28, 29.